**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA   95814
(916) 447-1920
Mike.Long.Law@msn.com

**October 17, 2011**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG
      Request to change sentencing date from 10/21/11 to 11/4/11

Dear Ms. Lydon:

    In speaking with AUSA Phil Ferrari and AUSA Todd Leras, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis. Co-defendants Badie is scheduled appear in your court On October 21, 2011, concerning retaining a new lawyer.     Co-defendant Dino Rosetti recently resolved his case with a guilty plea.

    The government and the defense jointly request that the sentencing hearing currently scheduled for October 21, 2011, at 10:00 a.m. be re-scheduled for November 4, 2011, at 10:00 a.m.

Sincerely,


Michael D. Long

cc:   USPO Thomas Brown, AUSA Phil Ferrari and AUSA Todd Leras


IT IS SO ORDERED.

Dated: 10/17/2011	          /s/ Edward J. Garcia
                              Edward J. Garcia
                              United States District Court Judge