LAW OFFICE OF MICHAEL D. LONG
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com



FILED
JAN 4 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

January 3, 2012

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

*Application + Order*

Re: United States v. Derek Davis; 08—474 EJG
Request to change sentencing date from 1/20/2012 to 4/20/2012

Dear Ms. Lydon:

C/EJG

    In speaking with AUSA Phil Ferrari and AUSA Todd Leras, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis.

    The government and the defense jointly request that the sentencing hearing currently scheduled for January 20, 2012, at 10:00 a.m. be re-scheduled for April 20, 2012, at 10:00 a.m.

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc: USPO Jeff Oestreicher, AUSA Phil Ferrari and AUSA Todd Leras

IT IS SO ORDERED.

Dated: 1/4/12

_____
Edward J. Garcia
United States District Court Judge