**LAW OFFICE OF MICHAEL D. LONG**
901 H Street, Suite 301
Sacramento, CA   95814
(916) 447-1920
Mike.Long.Law@msn.com

**MEMORANDUM AND ORDER - DENIED**

**April 16, 2012**

Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
501 I Street
Sacramento, CA 95814

Re:   United States v. Derek Davis; 08—474 EJG
       Request to change sentencing date from 4/20/2012 to 8/24/2012

Dear Ms. Lydon:

In speaking with AUSA Phil Ferrari and AUSA Todd Leras, we have determined we need more time to resolve some issues before sentencing defendant Derek Davis.

The government and the defense jointly request that the sentencing hearing currently scheduled for April 20, 2012, at 10:00 a.m. be re-scheduled for August 24, 2012, at 10:00 a.m.

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc:   USPO Jeff Oestreicher, AUSA Phil Ferrari and AUSA Todd Leras

**IT IS DENIED.**

Dated:   4/16/2012

/s/ Edward J. Garcia
_____
Edward J. Garcia
United States District Court Judge