```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2744
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CR. No. S-08-474 EJG
                                 )
12             Plaintiff,        )  STIPULATED REQUEST FOR
                                 )  CONTINUANCE OF HEARING ON
13        v.                     )  JUDGMENT AND SENTENCE;
                                 )  and ORDER
14  DINO ROSETTI,                )
                                 )  Date: August 24, 2012
15             Defendant.        )  Time: 10:00 a.m.
    _____)  Hon.  Edward J. Garcia
16
```

The United States of America through Philip Ferrari, Assistant United States Attorney, and defendant Dino Rosetti, by and through his counsel Mark Reichel, Esq., hereby request that the hearing on judgment and sentence currently set for June 29, 2012, be vacated and reset for August 24, 2012, at 10:00 a.m.

The government is seeking this continuance for two reasons. First, the loss amount noted in Mr. Rosetti's Advisory Guideline Presentence Investigation Report differs from that noted in the PSR prepared for co-defendant Derek Davis. Compare, Rosetti PSR, ¶ 25, and Davis PSR, ¶ 35. Although the government failed to timely raise the issue with the Probation Officer assigned to Mr. Rosetti's PSR, it believes that the Guideline loss amount in both cases should be

-1-

the same.  It is the government's position that both PSRs should accurately reflect the loss, and that counsel for Mr. Rosetti should have the opportunity to respond to the actual loss figure.  The second reason for the requested continuance is that while the victim financial institutions have been contacted in this case, it appears they may not have been provided sufficient information to enable the submission of a restitution claim.

The loss and restitution figures relevant to Mr. Rosetti will be similar (and in some cases identical) to the figures relevant to co-defendants Davis and Badie.  Mr. Davis and Mr. Badie are both currently set to be sentenced on August 24, 2012.  The government requests that Mr. Rosetti's hearing on judgment and sentence be set for the same day.  Mr. Rosetti joins in this request.

DATED: June 25, 2012 /s/ Philip Ferrari for
MARK REICHEL, ESQ.
Attny. for Dino Rosetti

DATED: June 25, 2012 BENJAMIN B. WAGNER
United States Attorney

By: /s/ Philip A. Ferrari
PHILIP A. FERRARI
Assistant U.S. Attorney

///
///
///
///

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. The hearing on judgment and sentence in the above-referenced matter, previously set for June 29, 2012, is hereby vacated and continued to August 24, 2012, at 10:00 A.M.; and

2. The Court adopts the following sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | 08/24/2012 |
| Reply, or Statement of Non-Opposition: | 08/17/2012 |
| Motion For Correction of PSR: | 08/10/2012 |
| PSR Shall be Filed: | 08/03/2012 |
| Informal Objections Re: Loss Due: | 07/27/2012 |

Date: _June 25, 2012_____

/s/ Edward J. Garcia
EDWARD J. GARCIA
DISTRICT COURT JUDGE