REICHEL, PLESSER L.L.P.
ATTORNEYS AT LAW
455 CAPITOL MALL, 3rd FLOOR, SUITE 350
SACRAMENTO, CALIFORNIA 95814
(916) 498-9258 Fax: (916) 441-6553
mark@reichellaw.com

Mark J. Reichel
Attorney At Law

On the web at www.reichelplesser.com

# MEMORANDUM

DATE: September 25, 2012

TO: Colleen Lydon
Courtroom clerk to the Honorable
Edward J. Garcia
United States District Court Judge

FROM: Mark Reichel

Re:

United States v. Rosetti 08-CRS-0474 EJG

Continuance of sentencing schedule

**FILED**

SEP 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

Dear Ms. Lydon:

Please be advised that the parties have agreed to re set the sentencing date in this matter from September 28, 2012 to October 5, 2012 for sentencing, if the court is available.

The parties are meeting this week to try in good faith to resolve the outstanding sentencing matters, to streamline judicial resources. As well, defense counsel Reichel suffered severe neck and eye strain last Friday from computer usage and was unable to use a computer for 3 days.

IT IS SO ORDERED

Sept. 25, 2012