JOSEPH J. WISEMAN, ESQ., CSBN 107403
WISEMAN LAW GROUP, P. C.
1477 Drew Avenue, Suite 106
Davis, California 95618
Telephone: 530.759.0700
Facsimile: 530.759.0800

Attorney for Defendant
BEHROOZ BADIE

**FILED**

SEP 25 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BEHROOZ BADIE,<br><br>Defendant. | No.: CR-S 08-0474 EJG<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>C/EJG |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Philip A. Ferrari, Assistant United States Attorney, and Defendant, BEHROOZ BADIE, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for October 5, 2012 at 9:00 a.m., be rescheduled to October 26, 2012, at 9:00 a.m.

The Presentence Report has been filed with the Court. Pursuant to this stipulation, Motion to Correct the Presentence Report shall be due on October 12, 2012, and Opposition/Reply to said motion shall be due on October 19, 2012.

The parties are entering into this Stipulation to provide Badie's counsel additional time to research issues related to the correct amount of loss applicable to this case and to prepare a Sentencing Memorandum.

Dated: September 24, 2012　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　WISEMAN LAW GROUP, P.C.

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Joseph J. Wiseman

　　　　　　　　　　　　　　　　　　　　　JOSEPH J. WISEMAN
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　Behrooz Badie

Dated: September 24, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By: /s/ Philip A. Ferrari
　　　　　　　　　　　　　　　　　　　　　PHILIP A FERRARI
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant BEHROOZ BADIE in the above-captioned case shall be continued to October 26, 2012 at 9:00 a.m. The Defendant's Motion to Correct the Presentence Report shall be due on October 12, 2012, and Opposition/Reply to said motion shall be due on October 19, 2012. Any sentencing memoranda are due on October 19th, 2012.

Dated: Sept 25, 2012

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. GARCIA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

The motion for new trial has also been reset to October 26, 2012

---

Stipulation and Proposed Order　　　　　　　　　　　　　　　　　　CR-S 08-0474-EJG
To Continue Sentencing

2