Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Behrooz Badie

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-08-00474 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | EXONERATING BOND |
| v. | ) | |
| | ) | |
| BEHROOZ BADIE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On September 9, 2009, the court ordered that defendant be released on a $75,000 appearance bond secured by a deed of trust. Deed of trust number 20090921 0951 from Bahram Badie was received by the court on October 5, 2009. (Docket Entry #73)

The defendant was convicted after a jury trial and on November 30, 2012, Behrooz Badie was sentenced to serve 70 months in the Bureau of Prisons.

In light of the defendant's sentence it is hereby stipulated that this Court direct the Clerk of the Court to reconvey title forthwith

1

| | | |
|---|---|---|
| 1 | DATED: May 13, 2013 | /s/ Timothy E. Warriner, Attorney for Defendant, Behrooz Badie |
| 2 | | |
| 3 | | |
| 4 | DATED: May 13, 2013 | /s/ Todd D. Leras, Assistant U.S. Attorney for The government |

IT IS SO ORDERED

Dated: May 14, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE