Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Behrooz Badie

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-08-00474 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | FOR TRANSCRIPT OF IN CAMERA |
| v. ) | PROCEEDINGS HELD SEPTEMBER |
| ) | 19, 2011 |
| BEHROOZ BADIE, ) | |
| ) | |
| Defendant. ) | |

    On September 19, 2011, an in camera proceeding was held concerning the status of counsel. Defense counsel requests that the court order that the in camera portion of the proceeding be transcribed and provided to defense counsel, who is investigating possible appellate issues. In the event defense counsel references part or all of the September 19, 2011 in camera proceeding in the appellant's opening brief, the parties agree and stipulate that without the need for additional court order, the court reporter can then provide the transcript to the Assistant United States Attorney.

DATED: August 12, 2013         /s/ Timothy E. Warriner, Attorney for Defendant,
                               Behrooz Badie

DATED: August 12, 2013         /s/ Todd D. Leras, Assistant U.S. Attorney for
                               The government

    IT IS HEREBY ORDERED that copies of the transcript of the in camera proceeding held on September 19, 2011 be provided to both counsel for the defendant and the United States Attorney.

DATED:   August 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE